UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CONSERVATIVE PARTY, by MIKE LONG,                              10 Civ. 6923 (JSR)
its Chairman, and PAUL ATANASIO, its
Treasurer; WORKING FAMILIES PARTY,
by ROBERT P. MASTER, its Chairperson,
DANIEL CANTOR, its Executive Director,
and DOROTHY SIEGEL, its Treasurer; and
TAXPAYERS PARTY, by DAVID NEZELEK
and RUS THOMPSON,

                              Plaintiffs,                     **NOTICE OF**
                                                              **<u>APPEARANCE</u>**

           -against-

JAMES A. WALSH, DOUGLAS A. KELLNER,
EVELYN J. AQUILA, and GREGORY P.
PETERSON, in their official capacities as
Commissioners of the New York State Board of
Elections; TODD D. VALENTINE and
ROBERT A. BREHM, in their official capacities
as Co-Executive Directors of the New York State
Board of Elections,

                              Defendants.
------------------------------------------------------------x

       PLEASE TAKE NOTICE that Mimi Murray Digby Marziani (MM 1135) of the

BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW hereby appears as

counsel for Plaintiffs Conservative Party, by Mike Long its Chairman, and Paul Atanasio,

its Treasurer; and Plaintiffs Working Families Party, by Robert P. Master, its

Chairperson, Daniel Cantor, its Executive Director, and Dorothy Siegel, its Treasurer, in

the above-entitled action and requests that all papers filed through the ECF system be

served upon her by e-mail at mimi.marziani@nyu.edu.

Dated: April 28, 2011
           New York, New York

BRENNAN CENTER FOR JUSTICE AT
NYU SCHOOL OF LAW

By:_____/s/_____
Mimi Murray Digby Marziani (MM 1135)
161 Avenue of the Americas, 12th Floor
New York, NY 10013
(646) 292-8327
*Attorney for Plaintiffs Conservative Party
and Working Families Party*